# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 14, 2026

Mr. Timothy A. Davidson II
Hunton Andrews Kurth, L.L.P.
600 Travis Street
Suite 4200
Houston, TX 77002

Mr. Nicholas Jay Hendrix
O'Melveny & Myers, L.L.P.
2801 N. Harwood Street
Dallas, TX 75201-2692

Mr. Sean Wilson
Shannon Lee Beatty, L.L.P.
2100 Travis Street
Suite 1525
Houston, TX 77002

No. 26-20422 Invesco v. Robertshaw
USDC No. 4:24-CV-2426

Dear Counsel,

We have docketed the cross-appeal as shown above, and ask you to use the case number above in future inquiries.

Filings in this court are governed strictly by the Federal Rules of **Appellate** Procedure. We cannot accept motions submitted under the Federal Rules of **Civil** Procedure. We can address only those documents the court directs you to file, or proper motions filed in support of the appeal. See Fed. R. App. P. and 5th Cir. R. 27 for guidance. We will not acknowledge or act upon documents not authorized by these rules.

Provided below is the court's official caption. Please review the parties listed and advise the court immediately of any discrepancies. If you are required to file an appearance form, a complete list of the parties should be listed on the form exactly as they are listed on the caption.

___________

Case No. 26-20422

___________

In the Matter of Robertshaw US Holding Corp, et al

Debtors

Invesco Senior Secured Management, Incorporated; Invesco Floating Rate Income Fund; Diversified Credit Portfolio Limited; Invesco Dynamic Credit Opportunity Fund; Invesco Floating Rate ESG Fund,

Appellants/Cross-Appellees

v.

Robertshaw US Holding Corporation; Range Parent, Incorporated; Robertshaw Controls Company; Burner Systems International, Incorporated; Robertshaw Mexican Holdings, L.L.C.; Controles Temex Holdings, L.L.C.; Universal Tubular Systems, L.L.C.; Robertshaw Europe Holdings, L.L.C.; Bain Capital Credit, L.P.; Canyon Capital Advisors, L.L.C.; Eaton Vance Management; One Rock Capital Partners, L.L.C.,

Appellees/Cross-Appellants

Sincerely,

LYLE W. CAYCE, Clerk

By: ___________________________
Jacob A. Keel, Deputy Clerk

cc:
Mr. Nathan Ochsner
Mr. Mark Curtis Taylor