# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 02, 2026

Mr. Mark Curtis Taylor
Kane Russell Coleman Logan, P.C.
401 Congress Avenue
Suite 2100
Austin, TX 78701

No. 26-20422 Invesco v. Robertshaw
USDC No. 4:24-CV-2426

Dear Mr. Taylor,

The Court has denied as moot your Motion to Extend Time to File the Statement of Issues, Designation of Record on Appeal, and Transcript Order Form. Accordingly, the motion is unnecessary.

Sincerely,

LYLE W. CAYCE, Clerk
Amanda M. Duroncelet
By: _______________________
Amanda M. Duroncelet, Deputy Clerk
504-310-7636